UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| PATRICIA A. MOCKBEE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No. 06-2186 |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

# O R D E R

In March 2006, Administrative Law Judge (hereinafter "ALJ") James Gildea denied Plaintiff Patricia Mockbee's application for social security disability insurance benefits. The ALJ based his decision on a finding that Plaintiff was able to perform her past relevant work as a can filler and closing machine tender.[1]

In September 2006, Plaintiff filed a Complaint (#1) against Defendant Jo Anne Barnhart,[2] the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits. In May 2007, Plaintiff filed a Motion for Summary Judgment (#12). In July 2007, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#17).

---

[1] The ALJ incorrectly referred to this job as "can filler and cleaning machine tender." Plaintiff has explained that the correct title is "can filler and closing machine tender." DOT 529.686-282. *See* R. 144.

[2] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, we have substituted Michael Astrue for Jo Anne Barnhart as the defendant in this suit. FED. R. CIV. P. 25(d)(1).

After reviewing the administrative record and the parties' memoranda, this Court denied Plaintiff's Motion for Summary Judgment (#12). Consistent with the Court's reasoning in the Order of March 18, 2008, ruling on motion (#12), the Court now **GRANTS** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#17)**.

ENTER this 18th day of March, 2008.

                                                      s/ DAVID G. BERNTHAL
                                                      U.S. MAGISTRATE JUDGE